**Order entered November 29, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-16-01393-CR**
**No. 05-16-01394-CR**
**No. 05-16-01395-CR**
**No. 05-16-01396-CR**

**ANTHONY MAURICE HUMPHREY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause Nos. F15-54229-L, F15-56573-L, F15-71388-L, F15-71389-L**

## ORDER

Based on the Court's opinion of this date, we **GRANT** the July 10, 2017 motion of Nanette Hendrickson for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Nanette Hendrickson as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Anthony Maurice Humphrey, TDCJ No. 02103532, Middleton Unit, 13055 FM 3522, Abilene, Texas, 79601.

/s/    DOUGLAS S. LANG
          JUSTICE